# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0023.  ADAOBI NGOKA v. ADEWUNMI ADESUYI.**

Adaobi Ngoka seeks this Court to issue an emergency stay of an order to place a home she owns on the market for sale, claiming that compliance with the order will render appellate review moot. Ngoka has not demonstrated, however, that she has filed a notice of appeal in the trial court. Accordingly, at this time, Ngoka's motion is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/14/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*